# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYWAIN WILLIS, on behalf of herself and all others similarly situated, and the general public,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>AVIS BUDGET GROUP, INC., a Delaware corporation; AVIS BUDGET CAR RENTAL, LLC, a Delaware limited liability company; AB CAR RENTAL SERVICES, INC., a Delaware corporation; and Does 1-50 inclusive,<br><br>　　Defendants. | Case No. 3:14-cv-03926-HSG (JCS)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civ L.R. 16-10(a)]<br><br>Date:　April 7, 2015<br>Time:　2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15 |

# ORDER

Having considered Plaintiff's request for counsel to participate in the Case Management Conference scheduled for April 7, 2015 at 2:00 p.m. by telephone ("Request"), it is HEREBY ORDERED that the Request is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: April 6, 2015

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. District Judge