UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYWAIN WILLIS,

    Plaintiff,

v.

AVIS BUDGET GROUP, INC., et al.,

    Defendants.

Case No.  14-cv-03926-HSG

**SCHEDULING ORDER**

Based on the case management conference held on April 7, 2015, the Court enters the following scheduling deadlines:

| | |
|---|---|
| CLASS CERTIFICATION MOTION: | Last day to file 8/6/2015.  The opposition is due four weeks after the motion is filed, and the reply is due two weeks thereafter. |
| CLASS CERTIFICATION HEARING: | 10/1/2015, at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUT-OFF: | 11/20/2015 |
| EXPERT REPORTS: | Opening reports by 11/20/2015<br>Rebuttal reports by 12/12/2015 |
| EXPERT DISCOVERY CUT-OFF: | 12/18/2015 |
| DISPOSITIVE MOTIONS: | Last day to be heard 2/4/2016 at 2:00 p.m.  See Civil Local Rules for notice and filing requirements. |
| FINAL PRETRIAL CONFERENCE: | 3/15/2016 at 3:00 p.m. |
| TRIAL DATE: | 3/28/2016 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  4/10/2015

                                                        HAYWOOD S. GILLIAM, JR.
                                                        United States District Judge